# DEFENDANT STATUS SHEET
(One for each defendant)

## I.   CASE STATUS

Name of Defendant: TILL KOTTMANN

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ 20-593            CR

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   3-5   days.

(Revised March 2018)