UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. **CR21-048 RAJ** |
|---|---|
| Plaintiff, | ORDER ISSUING BENCH WARRANT |
| v. | |
| TILL KOTTMANN, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 18th day of March 2021.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES** _____ **NO** __X__