Honorable Robert A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TILL KOTTMANN,<br>  a/k/a, "deletescape,"<br>  a/k/a, "tillie crimew,"<br>  a/k/a, Tillie Kottman,<br><br>Defendant. | NO. CR21-048 RAJ<br><br>GOVERNMENT'S NOTICE OF<br>APPEARANCE OF COUNSEL |

Miriam Hinman, Assistant United States Attorney for the Western District of Washington, hereby appears as counsel for the United States of America in the above-referenced matter.

//
//
//

Notice of Appearance- 1
*United States v. Till Kottman*,  Case #CR21-048RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Miriam Hinman is now counsel of record for this case on behalf of the United States. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed AUSA:

>Miriam Hinman
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271
>Phone: (206) 553-4650
>Fax Number: (206) 553-0582
>Email: miriam.hinman@usdoj.gov

DATED this 15th day of September, 2022.

>Respectfully submitted,
>
>NICHOLAS W. BROWN
>United States Attorney
>
> *s/ Miriam Hinman*
>MIRIAM HINMAN
>Assistant United States Attorney
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271
>Phone: 206-553-4650
>Fax: 206-553-0582
>Email: miriam.hinman@usdoj.gov

Notice of Appearance- 2
*United States v. Till Kottman*, Case #CR21-048RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970