Judge Robert A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-048 RAJ |
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |
| TILL KOTTMANN, <br> a/k/a, "deletescape," <br> a/k/a, "tillie crimew," <br> a/k/a, Tillie Kottman, <br> Defendant. | |

Please take notice that there has been a change of counsel for the United States and Assistant United States Attorney(s) Steven Masada is no longer assigned to this case and hereby submits this notice of withdrawal. The withdrawing AUSA(s) request to be terminated and to be removed from receiving CM/ECF notices.

//

//

//

Notice of Withdrawal - 1
*United States v Till Kottman*, CR21-048RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

AUSA Miriam Hinman has entered their appearance as counsel of record for the government, and all future pleadings and correspondence shall be directed to AUSA Miriam Hinman.

DATED this 15th day of September, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney
700 Stewart Street, Ste 5220
Seattle, Washington 98101
Telephone: (206) 553-7970
Fax: (206) 553-0582
Email: steven.masada@usdoj.gov

Notice of Withdrawal - 2
*United States v Till Kottman*, CR21-048RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970