The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-048 RAJ |
|---|---|
| Plaintiff | |
| v. | GOVERNMENT'S MOTION TO CORRECT ARREST WARRANT |
| TILL KOTTMAN, | |
| Defendant. | |

The government submits this motion to correct the arrest warrant issued after the indictment in this matter. The grand jury indicted Till Kottman on March 18, 2021, for conspiracy to commit computer fraud and abuse, conspiracy to commit wire fraud, wire fraud (five counts), and aggravated identity theft. ECF No. 3. The arrest warrant that was issued on that date erroneously omitted the aggravated identity theft count that was charged in the indictment. *See* ECF No. 6. Therefore, the government requests that the court issue a corrected arrest warrant adding the following language to the list of offenses: "Count 8: Title 18, United States Code, Sections 1028A(a) and 2 – Aggravated Identity Theft."

Gov. Mot. to Correct Arrest Warrant - 1
*United States v. Till Kottman*/ CR21-048 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 5th day of October, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4650
Fax: (206) 553-0582
E-mail: miriam.hinman@usdoj.gov

Gov. Mot. to Correct Arrest Warrant - 2
*United States v. Till Kottman*/ CR21-048 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970