The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TILL KOTTMAN,<br><br>Defendant. | NO. CR21-048 RAJ<br><br>[PROPOSED] ORDER ISSUING CORRECTED ARREST WARRANT |

An Indictment having been returned against the above-named defendant on March 18, 2021, and good cause having been found to correct the arrest warrant issued on that date at ECF No. 6, based on the Government's Motion to Correct Arrest Warrant,

IT IS ORDERED that a corrected arrest warrant shall be issued adding the following language to the list of offenses: "Count 8: Title 18, United States Code, Sections 1028A(a) and 2 – Aggravated Identity Theft."

DATED this _____ day of October, 2022.

_____
BRIAN A. TSUCHIDA
U.S. MAGISTRATE JUDGE

Order to Correct Arrest Warrant - 1
*United States v. Till Kottman*/ CR21-048 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
Assistant United States Attorney

Order to Correct Arrest Warrant - 2
*United States v. Till Kottman*/ CR21-048 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970